UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-2154 AG | Date | February 5, 2015 |
|---|---|---|---|
| Title | JAN REICHARDT, et al. v. THE VALLEY HEALTH SYSTEM RETIREMENT PLAN, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER DENYING PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE**

Plaintiffs are over 100 individuals suing Defendants Valley Health System Retirement Plan ("VHSRP"), Met Life Inc, and numerous VHSRP trustees (together, "Defendants") for their alleged failure to fund a retirement plan. Valley Health System ("VHS"), a California Local Healthcare District who claims to be the proper party erroneously sued as VHSRP, removed this case from state court to the United States Bankruptcy Court. Plaintiffs moved to withdraw the reference to the United States Bankruptcy Court ("Motion for Withdrawal of Reference," Dkt. No. 4) and filed a separate motion asking this Court to remand the case to state court ("Motion to Remand," Dkt. No. 5).

Plaintiffs have not met their burden of proof under Section 157(d). The Court DENIES the Motion for Withdrawal of Reference. The Motion to Remand is DENIED as moot.

:   0

Initials of Preparer     lmb